[No. 44275-9-I.   Division One.   August 7, 2000.]

RICHARD A. JACKSON, ET AL. *Appellants*, v. ENTENMANN'S, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-32140-1, Philip Gamaliel Hubbard, Jr., J., entered February 4, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Agid, C.J., concurred in by Grosse and Ellington, JJ.

[No. 44213-9-I.   Division One.   August 7, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES PENINGER, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-1-00198-9, Michael E. Rickert, J., entered February 11, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Baker and Appelwick, JJ.

[No. 44095-1-I.   Division One.   August 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY RAY McCRANEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01971-3, Richard J. Thorpe, J., entered January 6, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Kennedy and Cox, JJ.

[Nos. 41911-1-I; 42278-2-I.   Division One.   August 7, 2000.]

*In the Matter of the Marriage of* LORI LIEPPMAN, *Respondent*, and GARY DAVID FLANZER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 91-3-07153-9, Philip Gamaliel Hubbard, Jr., J., entered December 16, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Kennedy, JJ.